AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | | |
|---|---|---|
| LAKE'S EDGE CONDOMINIUM OWNERS ASSOCIATION, INC. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 3:23-cv-494-JWD-EWD |
| AMGUARD INSURANCE COMPANY | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AMGUARD INSURANCE COMPANY
THROUGH ITS AGENT OF SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LOUISIANA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHN MARK FEZIO
PANDIT LAW FIRM
701 POYDRAS STREET
SUITE 3950
NEW ORLEANS, LA 70139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*



Date: June 28, 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Amguard Insurance Company__
was received by me on *(date)* __6/28/2023__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Kara Caldwell__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Louisiana Secretary of State__ on *(date)* __6/29/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __N/A__ for travel and $ __N/A__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6/29/2023__

Server's signature: *Taylor Capers*

Printed name and title: Taylor Capers
Bombet, Cashio & Associates, Inc.
8335 Kelwood Ave.
Baton Rouge, LA 70806
Ph# 225-275-0796 www.bombet.com

Server's address

Additional information regarding attempted service, etc: